UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>Defendant No. 1: A JIMENEZ ARMS INC.,<br>MODEL J.A. NINE, 9MM PISTOL,<br>SN: 420142; and<br><br>Defendant No. 2: ANY ACCOMPANYING<br>AMMUNITION;<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Case No:  26-cv-1155 |

## COMPLAINT FOR FORFEITURE IN REM

Plaintiff, United States of America, by and through its attorneys, Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Aaron Smith, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions.

## NATURE OF THE ACTION

1. This is an *in rem* civil action to forfeit and condemn to the use and benefit of the United States of America the above-captioned property (hereinafter defendants), for violations of 21 U.S.C. § 841 and 18 U.S.C. § 922.

## THE DEFENDANTS IN REM

2. The defendants consist of:

  A. Defendant No. 1: a Jimenez Arms Inc., model J.A. Nine, 9mm caliber pistol,

    SN: 420142; and

B. Defendant No. 2: any accompanying ammunition.

## JURISDICTION AND VENUE

3.    Plaintiff brings this action in rem in its own right to forfeit and condemn the defendants. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. §1345, and over an action for forfeiture under 28 U.S.C. §1355.

4.    This Court has in rem jurisdiction over the defendants under 28 U.S.C. §1355(b). Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant *in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property pursuant to 28 U.S.C. §1355(d) and Supplemental Rule G(3)(c).

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and/or pursuant to 28 U.S.C. §1395 because the defendants are located in this district.

## BASIS FOR FORFEITURE

6.    Defendants are subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6) because they constitute money, negotiable instruments, securities and other things of value furnished or intended to be furnished in exchange for a controlled substance in violation of the Controlled Substances Act; and/or proceeds traceable to such an exchange; and/or money, negotiable instruments, and securities used or intended to be used to facilitate a violation of the Controlled Substances Act.

7.    Defendant No. 1 is also subject to forfeiture pursuant to 21 U.S.C. 881(a)(11) because it constitutes a firearm involved in or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

8.    Defendants No. 1 and 2 are also subject to forfeiture pursuant to 18 U.S.C. §

2

924(d) because they constitute a firearm and ammunition used or involved in violations of the Controlled Substances Act and 18 U.S.C. § 922.

9.      Supplemental Rule G(2)(f) requires this complaint to state sufficiently detailed facts to support a reasonable belief that the government will be able to meet its burden of proof at trial.  Such facts and circumstances supporting the seizure and forfeiture of the defendant is contained in Exhibit A which is attached hereto and incorporated by reference.

**CLAIM FOR RELIEF**

WHEREFORE, the plaintiff requests that the Court issue a warrant of arrest *in rem* for the defendants; that notice of this action be given to all persons who reasonably appear to be potential claimants of interests in the defendants; that the defendants be forfeited and condemned to the United States of America; that the plaintiff be awarded its costs and disbursements in this action; and for such other and further relief as this Court deems proper and just.

The United States hereby requests that trial of the above-entitled matter be held in the City of Wichita, Kansas.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
Aaron.smith3@usdoj.gov

3

## DECLARATION

I, Bryson G. Wheeler, Special Agent with the Drug Enforcement Administration in the District of Kansas, have read the contents of the foregoing Complaint for Forfeiture In Rem and the exhibit thereto, and the statements contained therein are true to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __5th__ day of __June__, 2026.

_____
Bryson Wheeler
Special Agent
DEA

4